IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-245-GCM

| KEMIKA D. ALLOWAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **May 4, 2015** in Courtroom #3.

IT IS SO ORDERED.

Signed: December 15, 2014

Graham C. Mullen
United States District Judge